# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS WOODWORTH,
                          Appellant,

vs.

EMPLOYERS INSURANCE COMPANY
OF NEVADA,
                          Respondent.

No. 69692

**FILED**

OCT 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).[1]

It is so ORDERED.[2]

_____, C.J.
                          Cherry

cc:    Hon. James Todd Russell, District Judge
       David Wasick, Settlement Judge
       Craig J. Lucas
       Beckett, Yott, McCarty & Spann/Reno
       Kemp & Kemp
       Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
       Carson City Clerk

---

[1]The parties also request that this court remand this matter to the district court for further proceedings. Upon the dismissal of this appeal, jurisdiction over the underlying case returns to the district court, rendering a remand unnecessary.

[2]The order regarding scheduling of oral argument, filed June 26, 2017, is hereby vacated.

17-35622